IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSE M. TORRES,

      Appellant,

 v.                               Case No. 5D18-1134

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 12, 2018

3.800 Appeal from the Circuit Court
for Brevard County,
Robin C. Lemonidis, Judge.

Jose M. Torres, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

AFFIRMED. *See Brooks v. State*, 969 So. 2d 238, 243 (Fla. 2007) (holding that

when a sentencing scoresheet error is raised in a motion filed under Florida Rule of

Criminal Procedure 3.800(a), if the trial court *could* have imposed the same sentence

using a correct scoresheet, the defendant is not entitled to relief because any error in

the scoresheet was harmless).


WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.